IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 10-cv-01650-CMA-BNB

GARY HALLIBURTON,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, L.L.C., a Delaware limited liability company,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

This matter is before the Court on Plaintiff's Notice of Dismissal With Prejudice (Doc. # 6). Pursuant to this notification of settlement and Fed. R. Civ. P. 41(a)(1)(A)(i), the Court hereby

ORDERS that this case is DISMISSED WITH PREJUDICE, each party to pay his or its own attorney's fees and costs.

DATED: August __18__, 2010

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Court Judge